### 38004. COLEY v. SAPP.

Judgment affirmed without opinion pursuant to Rule 59 of this court.
*All the Justices concur.*

DECIDED JANUARY 5, 1982 —
REHEARING DENIED JANUARY 27, 1982.

*Almand, Grice & Knight, Phillip T. Raymond III,* for appellant.
*Duross Fitzpatrick,* for appellee.